**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Paul Evans, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file the Complaint and lead plaintiff papers in this matter.

2. I am willing to serve as a representative party on behalf of the purchasers of Frequency Therapeutics, Inc. securities during the Class Period, including providing testimony at deposition and trial if necessary.

3. During the Class Period, I purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

4. I did not engage in the foregoing transactions at the direction of counsel nor in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5. During the three-year period preceding the date of my signing this Certification, I have not sought to serve, or served, as a representative party or lead plaintiff on behalf of a class in any private actions arising under the Securities Act or the Exchange Act.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __Wirral, England__, on the 25 of May, 2021.
(city)

_____
Paul Evans

# Schedule A

**FREQUENCY THERAPEUTICS INC**     Ticker: **FREQ**     Cusip: **35803L108**

Class Period: 11/16/2020 to 03/22/2021

**Paul Evans**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 1/8/2021 | 809 | $35.87 |