**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>JULIAN QUINONES ET AL</u>
**Plaintiffs**

V.

CIVIL ACTION
NO. <u>21cv10933-WGY</u>

<u>FREQUENCY THERAPEUTICS, INC. ET AL</u>
**Defendants**

**ORDER OF DISMISSAL**

<u>**YOUNG D.J.**</u>,

    In accordance with the Court's MEMORANDUM AND ORDER entered on March 29, 2023, granting the defendants' motion to dismiss, it is hereby ORDERED that above-entitled action be and hereby is DISMISSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk

March 29, 2023