# United States Court of Appeals
## For the First Circuit

No. 23-1393

JULIAN QUINONES, individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

PAUL EVANS, individually and on behalf of all others similarly situated; MICHAEL HINGSTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FREQUENCY THERAPEUTICS, INC.; DAVID L. LUCCHINO; CARL LEBEL,

Defendants, Appellees.

**JUDGMENT**

Entered: July 2, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Amanda F. Lawrence, Thomas L. Laughlin IV, Daryl DeValerio Andrews, William Jason Trach, Jeff G. Hammel, Roman Martinez, Kevin M. McDonough, Christine Casey Smith, Joseph P. Calandrelli, Shannon Lee Hopkins